16-259/abe/rls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JEREMY DEROSA,

        Plaintiffs,

vs.

TOWN OF PALM BEACH,
KAREN TEMME, and BRODIE ATWATER

        Defendants.
_____/

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1441(a), & 1446(b)(3), Defendant, TOWN OF PALM BEACH ("the Town"), a Florida municipal corporation, by and through its undersigned counsel, hereby provides this Notice of the Removal of the above-captioned action from the Fifteenth Judicial Circuit Court for Palm Beach County to the United States District Court for the Southern District of Florida and states as follows:

1. Plaintiff, JEREMY DEROSA ("DeRosa"), originally filed his Complaint for monetary relief with the State court on September 29, 2016 against the Town, as well as co-Defendants, Karen Temme and Brodie Atwater. The Town was served on October 4, 2016. *See Summons and Complaint, attached as Exhibit A.*

2. DeRosa's Complaint states seven causes of action: (1) a worker's compensation retaliation claim under § 440.205, Fla. Stat. against the Town; (2) a state law malicious prosecution claim against Temme and Atwater; (3) a state law false imprisonment claim against the Town; (4) a state law false imprisonment claim against Atwater and Temme; (5) a 42 U.S.C. § 1983 claim for violations of DeRosa's First and Fourteenth Amendment rights against Atwater

and Temme; (6) a 42 U.S.C. § 1983 claim for violations of DeRosa's First and Fourteenth Amendment rights against the Town; and (7) a state law negligent infliction of emotional distress claim against the Town. *See Exhibit A.* The worker's compensation retaliation claim generally alleges that DeRosa suffered an adverse employment action due to his filing of a worker's compensation claim. The malicious prosecution claim generally alleges that Temme and Atwater maliciously caused criminal charges to be brought against DeRosa. The false arrest claims generally allege that DeRosa was wrongfully arrested in connection with worker's compensation fraud. The federal civil rights claims generally allege that DeRosa was retaliated against for exercising his First Amendment rights. The negligent infliction of emotional distress claim generally alleges that the Town violated its owed duty of care to conduct a fair and reasonable investigation of DeRosa before having him arrested for worker's compensation fraud.

3. Under 28 U.S.C. §1331, this Court now has original jurisdiction over this action, as DeRosa alleges violations of his First and Fourteenth Amendment rights, through 42 U.S.C. § 1983, against all Defendants, which arise under the Constitution and laws of the United States. Thus, under 28 U.S.C. § 1441(a), the Town may remove this action to this Court.

4. In accordance with 28 U.S.C. § 1446(b)(2), Defendants Temme and Atwater consent to this removal, and Notice of their Consent to Removal is attached hereto as *Exhibit "B"*.

5. This notice of removal is timely under 28 U.S.C. § 1446(b)(1), which states:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

This Notice is also timely filed within thirty (30) days of service of DeRosa's complaint on the Town.

6. In accordance with 28 U.S.C. § 1446(a), attached hereto as exhibits are copies of all process, pleadings, and orders served upon defendants, consisting of: (1) the state court docket, as of October 28, 2016; (2) the state court civil cover sheet; (3) the complaint; (4) eSummons to the Town; (5) eSummons to Temme; (6) eSummons to Atwater; (7) Notice of Appearance on behalf of the Town; (8) the Town's motion to dismiss; and (9) Karen Temme's motion to dismiss. *See Composite Exhibit C.*

7. Concurrent with the filing of this Notice of Removal with this Court, the Town will provide a Notice of Removal to DeRosa through the attorney of record in the State Court Action, as required by 28 U.S.C. Section 1446(d), as well as notice to the Clerk of the State Court in and for the Fifteenth Judicial Circuit Court for Palm Beach County, State of Florida.

WHEREFORE, Defendant, TOWN OF PALM BEACH, respectfully requests that this Court, under 28 U.S.C. §1441, grant an Order in its favor to remove this action to the United States District Court, Southern District of Florida.

Respectfully submitted,

/s/ Lyman H. Reynolds, Esq
LYMAN H. REYNOLDS, JR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof e-filed with the Court for e-service to all parties on the attached Counsel List this 28th day of October, 2016.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560/Fax: 561-688-2343
E-Service: service_LHR@rrbpa.com
Email: lreynolds@rrbpa.com
Attorneys for Defendant Town of Palm Beach

/s/ Lyman H. Reynolds, Esq
LYMAN H. REYNOLDS, JR.
Florida Bar No: 380687

STYLE: DEROSA vs. TOWN OF PALM BEACH, ET AL.
CASE NO.:
OUR FILE NO.: 16-259

## COUNSEL LIST

JACK SCAROLA, ESQ.
Searcy, Denney, Scarola, Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Counsel for Plaintiff
PHONE: 561-686-6300
FAX: 561-383-9441
E-SERVICE: scarolateam@searcylaw.com
EMAIL: mep@searcylaw.com
FBN: 096440

MICHAEL J. ROPER, ESQ.
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Counsel for Defendant Temme
PHONE: 407-897-5150
FAX: 407-897-3332
EMAIL: mroper@bellroperlaw.com
fmari@bellroperlaw.com
phermosa@bellroperlaw.com
bcook@bellroperlaw.com
FBN: 0473227

ONIER LLOPIZ, ESQ.
JOAN CARLOS WIZEL, ESQ.
Lydecker Diaz
1221 Brickell Ave., 19th Fl.
Miami, FL 33131
Counsel for Defendant Atwater
PHONE: 305-416-3180
FAX: 305-416-3190
EMAIL: ol@lydeckerdiaz.com
jcw@lydeckerdiaz.com
FBN: 579475 / 37903

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Counsel for Defendant Town of Palm Beach
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
bsmith@rrbpa.com
FBN: 380687